UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WELCH and EDWARD WELCH, JR., <br><br> Plaintiffs <br><br> v. <br><br> ETHICON, INC., et al., <br><br> Defendants | OLD CASE 1:20-CV-1512 NONE EPG <br> NEW CASE  1:20-CV-1512 AWI JLT <br><br> ORDER RELATING AND REASSIGNING MATTER AND ORDER FOR PARTIES TO SUBMIT STATUS INFORMATION |

Examination of the above entitled case reveals that it is related within the meaning of Local Rule 123(a) to *Bogie v. Ethicon, Inc.*, 1:20-CV-0044 AWI JLT, *Thompson v. Ethicon, Inc.*, 1:20-CV-0129 AWI JLT, *Smith v. Ethicon, Inc.*, 1:20-CV-0130 AWI JLT, *Jens v. Ethicon, Inc.*, 1:20-CV-0357, *Close v. Ethicon, Inc.*, 2:19-CV-2237 AWI JLT, *Rutledge v. Ethicon, Inc.*, 2:20-CV-787 AWI JLT, *Hass v. Ethicon, Inc.*, 1:20-CV-818 AWI JLT, and *Bloom v. Ethicon, Inc.*, 1:20-cv-958 AW JLT.[1]  Each of the actions involve the same defendants, are based on similar claims, and present similar questions of law and fact.  These cases would entail substantial duplication of effort and resources if heard by different judges.  Because reassignment of these actions to a single district judge and magistrate judge would be convenient to the parties and affect a savings of judicial effort and economy, it is appropriate to reassign this case.  See Local Rule 123.

Additionally, in the above cases that are related to this matter, the Court ordered the parties to submit joint status reports that addressed a number of issues, including (but not limited to) a

---

[1] The Court notes that *Bogie* and *Jens* have settled and are now closed, and notices of settlement were filed on November 9, 2020, in *Thompson*, *Close*, *Smith*, *Rutledge*, *Hass*, and *Bloom*.  Dispositional documents are due in these cases on April 30, 2021.

discussion of any outstanding motions, length of trial estimates, the possibility of stipulations, and settlement efforts.  Therefore, the Court will order the parties to provide the same status information for this case.  See Doc. No. 70 in Case No. 1:20-CV-0044 AWI JLT.  Once the information has been received regarding this case, the Court will issue appropriate orders regarding a scheduling conference.[2]

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is REASSIGNED to Senior District Judge Anthony W. Ishii and Magistrate Judge Jennifer L. Thurston for all further proceedings;
2. All further filings in the above cases shall use the following case numbers:
    1:20-CV-1512 AWI JLT
3. Upon the transfer of any further cases from MDL No. 2327 (*In re:  Ethicon, Inc. Pelvic Repair Systems Products*) to the Eastern District of California, counsel shall promptly file a notice of related cases pursuant to Local Rule 123;
4. As soon as possible, but no later than twenty-one (21) days from service of this order, the parties shall submit a joint status report that contains all information requested and described in Doc. No. 70 in Case No. 1:20-CV-0044 AWI JLT;[3] and
5. Upon receipt of the status information in this matter, the Court will set a telephonic status/scheduling conference for all related cases.

IT IS SO ORDERED.

Dated:   November 10, 2020                      _____
                                                SENIOR  DISTRICT  JUDGE

---

[2] As noted above, the Court has received status reports in the other related cases.  As the Court has explained in other cases, COVID-19 related matters and restrictions have affected the Court's docket, case management practices, and ability to perform jury trials (specifically, jury trials have temporarily ceased, and previously scheduled trials must be rescheduled).  The parties are urged to continue to work together as much as possible to move the cases forward or resolve them on their own.

[3] If additional time is needed to prepare the joint status report, the parties may submit a request for additional time, which will be granted.