1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12   TAMMY WELCH, et al.                          ) Case No. 1:20-cv-01512-AWI-JLT
                                                  )
13                       Plaintiffs,              ) **ORDER GRANTING PARTIES'**
                                                  ) **JOINT REQUEST FOR EXTENSION**
14              v.                                ) **TO SUBMIT JOINT STATUS**
                                                  ) **REPORT**
15   ETHCON, INC., et al.,                        )
                                                  )
16   _____ Defendants.        )

17

18          The Parties' Joint Request for an Extension to Submit a Joint Status Report is

19   **GRANTED**.  The Parties are hereby ordered to submit their Joint Status Report by

20   December 17, 2020.

21

22   IT IS SO ORDERED.

23   Dated:   December 1, 2020          _____
                                         SENIOR  DISTRICT  JUDGE
24
25
26
27
28

_____
              [PROPOSED] ORDER GRANTING PARTIES' JOINT REQUEST
                 FOR EXTENSION TO SUBMIT JOINT STATUS REPORT