# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WELCH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-01512-AWI-JLT<br><br>ORDER GRANTING THE APPLICATION OF JIM PERDUE TO APPEAR PRO HAC VICE FOR PLAINTIFFS<br><br>(Doc. 94) |

Jim Perdue has applied to appear pro hac vice for the plaintiffs. (Doc. 94) He has demonstrated good standing in courts in Texas (Doc. 94 at 1) and has paid the fee for admission. Id. He has not been admitted pro hac vice in this Court within the last. Therefore, the application is **GRANTED**.

IT IS SO ORDERED.

　　Dated: __**February 25, 2021**__　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE