# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WELCH and EDWARD WELCH, JR., <br><br> **Plaintiffs** <br><br> v. <br><br> ETHICON, INC., et al., <br><br> **Defendants** | CASE No.  1:20-CV-1512 AWI JLT <br><br> **ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR PURPOSES OF ENTERING A SCHEDULING ORDER AND ORDER GRANTING SUMMARY JUDGMENT ON ABANDONED OR CONCEDED CLAIMS** |

   This is one of a number of cases that the Court has received from the Southern District of West Virginia as part of a multi-district litigation effort, specifically *In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327.  This case was reassigned to the under signed and related to eight other cases from MDL No. 2327.  In mid-December 2020, the Court received a joint status report in this case.  As part of that status report, the parties represented that there were outstanding motions for summary judgment, but that Plaintiffs were abandoning or conceding claims II (strict liability manufacturing defect), IV (strict liability defective product), X (negligent infliction of emotional distress), XI (breach of express warranty), XII (breach of implied warranty), and XV (loss of consortium).  Additionally, all other related cases have either been closed as part of a settlement or are awaiting dispositional papers following a notice of settlement.

In light of the express abandonment or concession by Plaintiffs of six of their causes of action in response to Defendants' motion for summary judgment, the Court will grant summary judgment in favor Defendants on these claims. The Court will make no other summary judgment determinations at this time.

In light of the closure or imminent closure of all other cases that were related to this matter, there is no longer a need at this time to treat this matter as part of a larger group of cases. Instead, the Court will refer this matter to the Magistrate Judge for the purpose of conducting a scheduling conference and entering a scheduling order.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motions for summary judgment (Doc. Nos. 51 and 52) is GRANTED with respect to the following causes of action by Plaintiffs: numbers II (strict liability manufacturing defect), IV (strict liability defective product), X (negligent infliction of emotional distress), XI (breach of express warranty), XII (breach of implied warranty), and XV (loss of consortium);
2. Defendants' motions for summary judgment otherwise remain pending; and
3. This matter is referred to the Magistrate Judge for the purpose of conducting a scheduling conference and entering a scheduling order.

IT IS SO ORDERED.

Dated:  March 2, 2021                         _____
                                              SENIOR DISTRICT JUDGE