# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WELCH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ETHICON, INC., et al.,<br><br>        Defendants. | Case No.: 1:20-cv-01512 AWI JLT<br><br>ORDER GRANTING THE APPLICATION OF MICHAEL CLINTON TO APPEAR PRO HAC VICE FOR PLAINTIFFS<br><br>(Doc. 95) |

Michael Clinton has applied to appear pro hac vice for the plaintiffs. (Doc. 95) He has demonstrated good standing in courts in Texas (Doc. 95 at 1) and has paid the fee for admission. He has not been admitted pro hac vice in this Court within the last. Therefore, the application is **GRANTED**.

IT IS SO ORDERED.

Dated: __March 3, 2021__            __/s/ Jennifer L. Thurston__
                                                             UNITED STATES MAGISTRATE JUDGE