# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WELCH, et al., | ) Case No.: 1:20-cv-01512 AWI JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 101) |
| ETHICON, INC., et al., | ) |
| Defendants. | ) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action once the settlement documents are completed and the settlement in funded. (Doc. 101 at 2) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than June 25, 2021**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **April 12, 2021**          /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE