# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY WELCH, et al., | ) Case No.: 1:20-cv-01512 AWI JLT |
| Plaintiffs, | ) ORDER CLOSING THE CASE |
| v. | ) (Doc. 103) |
| ETHICON, INC., et al., | ) |
| Defendants. | ) |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own costs. (Doc. 103) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **June 27, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE